UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VASQUEZ,<br>　　　　Plaintiff,<br>　　vs.<br>NANCY A. BERRYHILL, Commissioner of Social Security,<br>　　　　Defendant. | CASE NO. SACV 17-435-AGR<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: September 18, 2017

_____
ALICIA G. ROSENBERG
United States Magistrate Judge